Appellant. RAYMOND UNDERHILL, Respondent, v. NICHOLAS PEPE, Appellant. YELLOW TAXI CORPORATION, NEW YORK, Respondent, v. NICHOLAS PEPE, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EDMUND T. DUVALL, Respondent, v. FURLAUD, REUTER & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES A. DELLALE and Another, Respondents, v. PAUL FITZSIMONS, Appellant. (Action No. 1.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES A. DELLALE and Another, Respondents, v. PAUL FITZSIMONS, Appellant. (Action No. 2.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JACOB LOVETT, Respondent, v. SEIDLITZ & VAN BAARN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of JECHIEL TATELMAN, Respondent, for an Order Directing the Clerk of the County of Bronx to Set Off a Certain Judgment, etc. LEWIS STEINFELD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELEO BROADCASTING SERVICE CORPORATION, Respondent, v. NEWELL EMMETT Co., INC., and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, as Trustee, and Others, Plaintiffs, v. BIRDCO REALTY CORPORATION and Others, Defendants. In the Matter of the Application for Leave to Interplead the Receiver of Rents Appointed in the Above-entitled Action in the Action of PURITAN SANDWICH SHOPPE, INC., against FRANCIS D. HIGSON, Now Pending in the Municipal Court of the City of New York, in the Borough of Manhattan, for the Third District.— Order affirmed, with ten dollars costs and disbursements, with leave to make application on the vacation of the Municipal Court judgment to interplead the receiver. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

LEO L. LOWY, Appellant, v. SVENSKE KUGELLAGER FABRIKEN A. G. GOTHENBURG and VEREINIGTE KUGELLAGER FABRIKEN, A. G. BERLIN, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CARL FEINSTEIN, Appellant, v. JACK FEDERMAN and HENRY FEDERMAN,